UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATUM RA XI-AMARU MUHAMMED,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA,<br><br>Defendant. | Case No. 16-cv-07033 NC<br><br>**ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE**<br><br>Dkt. No. 9 |

Pro se plaintiff Atum Ra Xi-Amaru Muhammed has not cured the deficiencies identified by the Court in its March 9, 2017, order dismissing the amended complaint without prejudice. Dkt. No. 9. In that order, the Court warned Muhammed that if he did not file an amended complaint by March 30, 2017, the Court would dismiss his complaint. *Id*. Muhammed consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Dkt. No. 5.

Due to Muhammed's failure to file an amended complaint, the Court now DISMISSES WITH PREJUDICE Muhammed's complaint. In addition, the Court VACATES the April 19, 2017, case management conference.

**IT IS SO ORDERED.**

Dated: April 14, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-07033 NC